IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


DANIAL ROBERT SPEED,

      Plaintiff,

v.                                                                5:15cv108–WS/EMT

M. JACKSON, et al.,

      Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 11) docketed November 24, 2015. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed no objections to the report and recommendation, although he was granted an extension of time to do so.

      Having reviewed the record, the court finds that for the reasons set forth in the report and recommendation the plaintiff's complaint must be dismissed. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED as to all defendants for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2).

DONE AND ORDERED this ___17th___ day of ___February___, 2016.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE